UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CRANE PRO SERVICES, | ) | CASE NO.1:05CV1612 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| CON-WAY TRANSPORTATION SERVICES, INC., | ) | OPINION AND ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J:**

Pursuant to Federal Civil Rule of Procedure 4(m) and this Court's Order of November 7, 2005, this case is dismissed for failure to perfect service within One Hundred Twenty Days from the date of filing of the Complaint. The Court ordered Plaintiff to perfect service no later than November 18, 2005, or show good cause why it was unable to perfect service on Defendant. The docket shows Plaintiff did not perfect service until December 6, 2005. Plaintiff has not offered any reason for its failure to comply with the Court's Order or Fed. R. Civ. P. 4. Having failed to show good cause the Court Orders this case dismissed without prejudice. Defendant's Motion to Dismiss, (Dkt# 12) is denied as moot. The CMC set for December 20, 2005, is cancelled.

IT IS SO ORDERED.

12/16/05
Date

Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge